IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| LETITIA A. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:10-CV-4 |
| ) | |
| METLIFE SECURITIES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The court has received a "Suggestion of Bankruptcy of Defendant Mark Salyer" along with a copy of a notice from the bankruptcy court related to that bankruptcy [doc. 23]. It is therefore **ORDERED** that this entire civil action is **STAYED** pending the earlier of a lifting of the automatic stay by the bankruptcy court or the resolution of defendant Salyer's bankruptcy.

**IT IS SO ORDERED**.

ENTER:

                                                                     s/ Leon Jordan
                                                     United States District Judge